LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone:  (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

# THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD | No. CIV.S.05-1267 DFL JFM |
| Plaintiff, | **REQUEST FOR DISMISSAL** |
| vs. | **AND ORDER THEREON** |
| BOBBY ANAND AND AMARJEET KAUR ANAND dba UNION 76; EQBALS UNION 76; CONOCOPHILLIPS COMPANY. | |
| Defendants, | |

TO THE COURT AND ALL PARTIES:

Plaintiff, JAMES SANFORD, requests the Court dismiss the above entitled action, without prejudice, **as to UNION OIL COMPANY OF CALIFORNIA only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant UNION OIL COMPANY OF CALIFORNIA.

Dated: July 22, 2005        LAW OFFICES OF LYNN HUBBARD

 /s/ Lynn Hubbard, Esquire            /
LYNN HUBBARD, III
Attorney for Plaintiff

IT IS SO ORDERED

Dated: 7/22/2005

_____
DAVID F. LEVI, United States District Judge