LYNN HUBBARD, III SBN 69773
SCOTTLYNN J HUBBARD, IV, SBN 212970
**LAW OFFICES OF LYNN HUBBARD**
12 WILLIAMSBURG LANE
CHICO, CA 95926
Telephone: (530) 895-3252
Facsimile:   (530) 894-8244

Attorneys for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JAMES SANFORD,<br><br>    Plaintiff,<br><br>    vs.<br><br>BOBBY ANAND and AMARJEET KAUR ANAND dba UNION 76; EQUBALS UNION 76; CONOCO PHILLIPS COMPANY.<br><br>    Defendants. | No. CIV.S-05-1267 DFL JFM<br><br>**REQUEST FOR DISMISSAL**<br><br>**AND ORDER THEREON** |

TO THE COURT AND ALL PARTIES:

Plaintiff, JAMES SANFORD, requests the Court dismiss the above entitled action, without prejudice, **as to EQUBALS UNION 76 only.**

Nothing in this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant EQUBALS UNION 76.

Dated: October 14, 2005        LAW OFFICES OF LYNN HUBBARD

                                                 /s/ Lynn Hubbard, Esquire                    /
                                                LYNN HUBBARD, III
                                                Attorney for Plaintiff

IT IS SO ORDERED

Dated: October 19, 2005        /s/ David F. Levi
                                            Judge of the District Court