Lynn Hubbard, III, SBN 69773
Scottlynn J Hubbard, IV, SBN 212970
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
Telephone: (530) 895-3252
Facsimile: (530) 894-8244

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| James Sanford, | Case No. CIV.S 05-1267 DFL JFM |
| Plaintiff, | **Stipulation to Amend the Scheduling Order and Order Thereon** |
| vs. | |
| Bobby Anand and Amarjeet Kaur Anand dba Union 76, et al., | Complaint Filed: June 20, 2005<br>Pretrial Conference: March 23, 2006 |
| Defendants. | |

   WHEREAS, the parties were served with the Status (Pre-trial Scheduling) Order (hereinafter "Scheduling Order) on September 19, 2005 in this matter;

   WHEREAS, the Scheduling Order provides that on or before October 6, 2006, each party shall comply with the disclosure provisions as set forth in Rule 26(a)(2)(A) and (B) of the Federal Rules of Civil Procedure (hereinafter "FRCP");

1   WHEREAS, the Scheduling Order provides that on or before October
2   20, 2006, each party shall comply with the supplemental disclosures
3   regarding contradictory or rebuttal evidence under FRCP 26(a)(2)(C);
4   WHEREAS, the parties are currently engaged in settlement
5   negotiations and are unable to coordinate a date for the Rule 34 Site
6   Inspection until late September and plaintiff's expert will not have sufficient
7   time to prepare his report.  Therefore, the parties seek to extend the dates for
8   disclosures under FRCP 26(a)(2)(A), (B), and (C).
9   IT IS HEREBY STIPULATED AND AGREED by and among the
10  parties that the Scheduling Order be amended as follows:
11       1.   On or before November 6, 2006 each party shall comply with the
12  disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);
13       2.   On or before November 20, 2006 each party shall comply with
14  the supplemental disclosure provisions set forth in FRCP 26(a)(2)(C).
15  Dated: August 7, 2006     LAW OFFICES OF LYNN HUBBARD
16
17                               /s/ Lynn Hubbard, Esquire
18                              LYNN HUBBARD, III
                                Attorney for Plaintiff
19
20  Dated: August 3, 2006     PORTER SCOTT WEIBERG & DELEHANT
21
22                               /s/ Molly Ryan, Esquire
23                              MOLLY M. RYAN
                                Attorneys for Defendants
24                              BOBBY ANAND AND AMARJEET KAUR
25                              ANAND
26
27
28

*Sanford v. Union 76, et al.*, Case No. CIV.S 05-1267 DFL JFM
Stipulation to Amend the Scheduling Order

- 2 -

Dated: August 7, 2006     SPECTER & WILLOUGHBY, LP


 /s/ Michael Artinian, Esquire
MICHAEL H. ARTINIAN
Attorney for Defendants
CONOCOPHILLIPS COMPANY


### **Order**

GOOD CAUSE HAVING BEEN SHOWN, IT IS HEREBY ORDERED that:

    1.  On or before November 6, 2006 each party shall comply with the disclosure provisions set forth in FRCP 26(a)(2)(A) and (B);

    2.  On or before November 20, 2006 each party shall comply with the supplemental disclosure provisions set forth in FRCP 26(a)(2)(C).

Dated:  8/9/2006

_____
DAVID F. LEVI
United States District Judge