1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff

6

7

8
                    UNITED STATES DISTRICT COURT
9
                    EASTERN DISTRICT OF CALIFORNIA
10

11 JAMES SANFORD,                         Case No. CIV. S-05-01267-DFL-JFM

12       Plaintiff,

13 v.                                     **STIPULATION OF DISMISSAL AND
                                          ORDER THEREON**
14 BOBBY ANAND and AMARJEET KAUR
   ANAND dba UNION 76; CONOCOPHILLIPS
15 COMPANY,

16       Defendants.
                                        /
17

18

19

20

21

22

23

24

25

26

27

28

TO THE COURT AND ALL PARTIES:

Pursuant to a Settlement Agreement and Release between plaintiff, JAMES SANFORD, and defendants, BOBBY ANAND and AMARJEET KAUR ANAND; CONOCOPHILLIPS COMPANY, the parties hereby request that the above referenced case be dismissed with prejudice with each party to bear their own attorneys' fees and costs.

Dated: August 29, 2006         LAW OFFICES OF LYNN HUBBARD, III

 /s/ Lynn Hubbard, III
LYNN HUBBARD, III
Attorney for Plaintiff

Dated: August 29, 2006         PORTER SCOTT WEIBERG & DELEHANT

 /s/ Molly Ryan
MOLLY RYAN
Attorney for Defendant Bobby Anand and Amarjeet Kaur Anand

Dated: August 29, 2006         SPECTER & WILLOUGHBY, LP

 /s/ Michael Artinian
MICHAEL ARTINIAN
Attorney for ConocoPhillips Company

1 **ORDER**

2 IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-05-
3 01267-DFL-JFM, is hereby dismissed with prejudice.

5 Dated: 8/30/2006

_____
DAVID F. LEVI
United States District Judge